

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00304-CR

Amanda Louise **WILLIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1730
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 1, 2018.

_____
Marialyn Barnard, Justice